No. 195. NORTHWESTERN ELECTRIC Co. ET AL. *v.* FEDERAL POWER COMMISSION. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. John A. Laing, Henry S. Gray, A. J. G. Priest,* and *Sidman I. Barber* for petitioners. *Solicitor General Fahy, Assistant Attorney*

*General Shea,* and *Messrs. Paul A. Sweeney, Charles V. Shannon,* and *Reuben Goldberg* for respondent. ■

